Lee Litigation Group, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, Second Floor
New York, NY 10016
(212) 465-1188 (telephone)
cklee@leelitigation.com

Attorneys for plaintiff

Akin Gump Strauss Hauer & Feld LLP
Gregory W. Knopp
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 229-1000 (telephone)
gknopp@akingump.com

Attorneys for defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS DECEMBER, on behalf of himself, FLSA Collective Plaintiffs, and the Class | ) ) ) No. 1:15-cv-05232 ) |
| Plaintiff, | ) JOINT NOTICE OF SETTLEMENT ) AND MOTION TO STAY ACTION |
| v. | ) |
| | ) |
| HOME DEPOT, INC., HOME DEPOT U.S.A., INC. and THD AT-HOME SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

1

Plaintiff Thomas December and defendants Home Depot, Inc., Home Depot

U.S.A., Inc., and THD At-Home Services, Inc.,[1] notify the Court that the parties

have reached an agreement in principle to settle this action.

Based on the foregoing, the parties request that the Court stay the litigation

pending approval of the settlement.

Respectfully submitted,

Dated:  September 8, 2015         _/s/ Gregory W. Knopp_____

Akin Gump Strauss Hauer & Feld LLP
Gregory W. Knopp
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 229-1000 (telephone)
gknopp@akingump.com

Attorneys for defendants

and

_/s/ C.K. Lee_____
(signed by permission)
Lee Litigation Group, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, Second Floor
New York, NY 10016
(212) 465-1188 (telephone)

Attorneys for plaintiff

---

[1]  Defendants contend that Home Depot, Inc. and Home Depot U.S.A., Inc. are improperly named as defendants in this action, because they never employed the plaintiff.  THD At-Home Services, Inc. is the proper defendant in this action and was plaintiff's employer.

3