UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS DECEMBER, on behalf of himself, FLSA Collective Plaintiffs, and the Class<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, INC., HOME DEPOT U.S.A., INC. and THD AT-HOME SERVICES, INC.,<br><br>Defendants. | No. 1:15-cv-05232<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE |

The parties have filed a joint motion to approve their settlement agreement. Having reviewed and considered the motion and settlement agreement, the Court grants the joint motion [Doc. 14], finding that a bona fide FLSA dispute exists and that the settlement is fair and reasonable.  The Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated:  September ____, 2015

_____
Honorable George B. Daniels
United States District Judge

1