UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 7 2015
```

THOMAS DECEMBER, on behalf of himself, FLSA Collective Plaintiffs, and the Class

      Plaintiff,

v.

HOME DEPOT, INC., HOME DEPOT U.S.A., INC. and THD AT-HOME SERVICES, INC.,

      Defendants.

No. 1:15-cv-05232

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

The parties have filed a joint motion to approve their settlement agreement. Having reviewed and considered the motion and settlement agreement, the Court grants the joint motion [Doc. 14], finding that a bona fide FLSA dispute exists and that the settlement is fair and reasonable. The Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: September ___, 2015
      SEP 17 2015

_/s/ George B. Daniels_
Honorable George B. Daniels
United States District Judge

1